HASBROUCK v. GALLAGHER. (Supreme Court, Appellate Division, First Department. July 10, 1913.) Action by Louis B. Hasbrouck against Patrick Gallagher. From an order of reference, defendant appeals. Conditionally affirmed. James F. Donnelly, of New York City, for appellant. John H. Judge, of New York City, for respondent.

DOWLING, J. The question to be tried upon the issues presented herein is the value of

services rendered by certain firms of attorneys, and by the plaintiff individually, covering a period of about eight years. The defendant, in opposition to the motion for the order of reference herein, submitted an affidavit wherein it appeared that he proposed to admit a large number of the items upon which plaintiff sought to recover, and had so advised the plaintiff's attorney. With these items eliminated, we think that a proper case was not presented requiring the trial of the issues by a referee. The order appealed from will therefore be affirmed, with costs, unless defendant files a stipulation whereby he admits the validity and propriety, as charges against him, of the items set forth in his affidavit as folios 169 to 171, inclusive, in the respective amounts claimed by plaintiff, thus limiting the issue to the 13 items numbered, respectively 3, 4, 5, 10, 15, 17, 18, 19, 22, 23, 34, and 46. Upon filing such stipulation the order will be reversed, with $10 costs and disbursements, and the motion for the order of reference will be denied with $10 costs. If defendant shall fail or neglect to file the stipulation aforesaid, the order appealed from will be affirmed, with $10 costs and disbursements. Settle order on notice. All concur.

